JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

| | |
|---|---|
| DAVID K. COKER,<br><br>              Petitioner,<br>   v.<br>FRANCISCO J. QUINTANA, Warden,<br><br>              Respondent. | ) ED CV 10-00161-CAS (SH)<br>)<br>) JUDGMENT<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

    Pursuant to the Order of the Court adopting the conclusions and recommendations of the United States Magistrate Judge,

    IT IS ADJUDGED that the First Amended Petition for Writ of Habeas Corpus is dismissed.

DATED: October 27, 2010

*/s/ Christina A. Snyder*

CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE